USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

CHRISTOPHER BRYAN,

Plaintiff,

-v-

RNW ELECTRIC CORP., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:25-cv-10814-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The complaint in this action was filed on December 31, 2025. Dkt. No. 1. An electronic summons was issued as to Defendant RNW Electronic Corp and Defendant Wayne Hamilton on January 2, 2026. Dkt. No. 4. As of August 17, 2026, proof of service has not been filed with respect to Defendant Wayne Hamilton. Defendant RNW Electric Corp. was served on January 5, 2026, with an answer due January 26, 2026. Dkt. No. 6. As of August 17, 2026, Defendant RNW Electric Corp. has not filed an answer or otherwise responded to the complaint.

No defendants have appeared in this case, and it is unclear the extent to which this case is progressing. Plaintiff is accordingly ORDERED to provide an update on the status of this case, by letter filed on ECF, no later than August 21, 2026. Plaintiff is directed to serve a copy of this order and a copy of the status letter requested in this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: August 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge