USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

# Abdul Hassan Law Group, PLLC

## 215-28 Hillside Avenue

## Queens Village, New York, 11427

~~~~~

MEMORANDUM ENDORSED

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**August 21, 2026**

**Via ECF**

Hon. Gregory H. Woods, USDJ
United States District Court, SDNY
500 Pearl Street, Room 2260
New York, NY 10007

**Re: Bryan v. RNW Electric Corp. et al**
**Case #: 25-CV-10814 (GHW)**
**Status Report/Motion for Extension of Time**

Dear Judge Woods:

My firm is counsel of record for Plaintiff Christopher Bryan ("Plaintiff") in the above-referenced action, and I respectfully write to provide the Court with a status report and to request an extension of time to comply with the Court's August 21, 2026 Order. In light of some recent developments, we are leaning towards discontinuance of the case and respectfully request two weeks to further confirm with Plaintiff and to file the necessary paperwork with the Court.

I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)

Application granted. The status update described in the Court's August 17, 2026 Order, Dkt. No. 7, is due no later than September 4, 2026. The initial pretrial conference scheduled for September 2, 2026 is adjourned to September 18, 2026 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's January 3, 2026 order, Dkt. No. 5, are due no later than September 11, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

GREGORY H. WOODS
United States District Judge

Dated: August 24, 2026
New York, New York
~~~~~