USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

CHRISTOPHER BRYAN,

Plaintiff,

-v-

RNW ELECTRIC CORP., *et al.*,

Defendants.

--------------------------------------------------------------- X

1:25-cv-10814-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On August 24, 2026, the Court scheduled an initial pretrial conference for September 18, 2026. Dkt. No. 9. In light of Plaintiff's notice of voluntary dismissal seeking to dismiss this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. No. 10, the September 18, 2026 conference is adjourned *sine die*. Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: September 11, 2026
New York, New York

GREGORY H. WOODS
United States District Judge